(No. 5239. Decided May 23, 1905.)

T. W. FLEMING, *Respondent,* v. L. G. WILSON *et al.,* *Appellants.*[1]

TRIAL—BY JURY—FAILING TO DEMAND WHEN SET FOR TRIAL—DISCRETION. It is discretionary to award a jury trial although the same was not demanded when the case was set for trial in the manner required by Laws 1903, p. 50, and error cannot be predicated thereon.

Appeal from a judgment of the superior court for King county, Morris, J., entered December 23, 1903, upon the verdict of a jury rendered in favor of the plaintiff. Affirmed.

*James B. Murphy,* for appellants.

*Smith & Cole,* for respondent.

PER CURIAM.—The only question presented on this appeal is whether the lower court may call a jury in a law case where the parties have waived a jury under the provisions of the act of March 6, 1903, relating to jury trials. Laws 1903, p. 50. This same question was presented to this court under substantially the same facts in *Knapp v. Order of Pendo,* 36 Wash. 601, 79 Pac. 209, where we said:

"It is within the discretion of the trial court to permit a demand for a jury to be made after the case is called

[1] Reported in 80 Pac. 1104.

to be set for trial, or to submit the issues of fact in a case to a jury of its own motion, and no error can be predicated upon its ruling in that regard."

Under this rule, the judgment must be affirmed. It is so ordered.